# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: ROBERT AINSLEY FERRALL                                  CASE NUMBER: 0942786
DEBTOR 2 NAME:

I _____ Robert J Wallace, Jr. _____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on _06/10/2013_ :

By First Class Mail :

ROBERT AINSLEY FERRALL, , 7714 PENNSYLVANIA AVE, , KANSAS CITY MO, 641140000,
CAPITAL ONE BANK USA NA, C/O TSYS DEBT MANAGEMENT TDM, 6125 LAKEVIEW RD  # 800, CHARLOTTE NC, 282692605,
CHASE, ATTN BANKRUPTCY DEPT, PO BOX 100018, KENNESAW GA, 301560000,
COMMERCE BANK NA, PO BOX 419248, KCREC 10, KANSAS CITY MO, 641416248,
COMMERCE BK, 911 MAIN ST, , KANSAS CITY MO, 641050000,
ECAST SETTLEMENT CORP, PO BOX 35480, , NEWARK NJ, 071935480,
INTERNAL REVENUE SERVICE, OFFICE OF DISTRICT COUNSEL, 2345 GRAND BLVD # 301, KANSAS CITY MO, 641082600,
INTERNAL REVENUE SERVICE, PO BOX 7317, , PHILADELPHIA PA, 191017317,
INTERNAL REVENUE SERVICE, PO BOX 7346, , PHILADELPHIA PA, 191017346,
IRS SPECIAL PROCEDURES, PO BOX 66778, MAIL STOP 5334 STL, ST LOUIS MO, 631666778,
JACKSON COUNTY - MANAGER FINANCE, BANKRUPTCY, 415 E 12TH ST RM 100, KANSAS CITY MO, 641060000,
MISSOURI DEPARTMENT OF REVENUE, PO BOX 475, , JEFFERSON CITY MO, 651050475,
NATIONSTAR MORTGAGE LLC, 350 HIGHLAND DR, , LEWISVILLE TX, 750670000,
PRA RECEIVABLES MANAGEMENT LLC, AGENT OF PORTFOLIO RECOVERY ASSOC LLC, PO BOX 12914, NORFOLK VA, 23
SOUTHWEST NATIONAL BANK, JAMES D YOUNG, MO # 48363, KS #17885, OLD TOWN SQUARE  300 N MEAD # 200, WICHITA
US ATTORNEY, ROOM 5510 US COURTHOUSE, 400 E 9TH ST, KANSAS CITY MO, 641060000,

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date: _06/10/2013_          Signature: _____ Robert J. Wallace, Jr. _____
                                                        Premium Graphics, Inc.
                                                        2099 Thomas Road Suite 10
                                                        Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  ROBERT AINSLEY FERRALL

Case No.: 09-42786-can-13

Debtor                                              Chapter 13

**NOTICE OF FILING FINAL REPORT AND ACCOUNT OF CHAPTER 13 TRUSTEE AND THE CHAPTER 13 TRUSTEE'S REQUEST THAT THE COURT ENTER ORDERS CLOSING THE CASE, DISCHARGING THE CHAPTER 13 TRUSTEE, AND RELEASING HIM FROM LIABILITY ON HIS BOND AND GIVING PARTIES AN OPPORTUNITY TO OBJECT TO THE ENTRY OF SAID ORDERS**

Richard V. Fink, Chapter 13 Standing Trustee, has filed a final report in this case and has requested that the Court enter a final order discharging him as trustee, discharging him from liability on his bond, and closing the estate of the above-named debtor(s).

The Court will enter said order(s) shortly. This notice is to give parties an opportunity to file, in writing, any objections they may have to the Chapter 13 Trustee's Final Report and Account and his subsequent discharge as trustee, or to the closing of the Chapter 13 proceedings herein. The Chapter 13 Trustee's Final Report and Account are on file with the Clerk of the Bankruptcy Court. Any objections should be filed within 30 days of the date this notice is filed with the Court.

Further be advised that, if any ongoing post-petition payments are being paid pursuant to 11 U.S.C. 1322(b)(5) through the Trustee's office rather than the debtor paying them directly, those payments and the account upon which those payments are made, including any arrearage claims and any charges assessed by the creditor, will be deemed current as of the date the last ongoing payment was made by the Trustee's office in a completed case, unless the creditor timely objects to this notice.

Dated: June 07, 2013

/s/ Richard V. Fink, Trustee
Richard V. Fink, Trustee
818 Grand Blvd., Ste. 800
Kansas City, MO 64106-1901
(816) 842-1031

JM      /Notice - Final Report